IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

SYMBOLOGY INNOVATIONS LLC,

    Plaintiff,

        v.

PEAPOD, LLC,

    Defendant.

Civil Action No.: 1:19-cv-08473-MFK

**TRIAL BY JURY DEMANDED**

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff, Symbology Innovations LLC, by and through the undersigned counsel, and hereby voluntarily dismisses all of the claims asserted against Defendant Peapod, LLC in the within action **with prejudice**. This notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1) is proper inasmuch as the Defendant has neither answered nor moved for summary judgment.

Dated: April 20, 2020                Respectfully submitted,

                                            RABICOFF LAW LLC

                                            /s/ *Isaac Rabicoff*
                                            Isaac Rabicoff
                                            73 West Monroe Street
                                            Chicago, IL 60603
                                            (773) 669-4590
                                            isaac@rabilaw.com

                                            ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 20, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

RABICOFF LAW LLC

<u>/s/ *Isaac Rabicoff*</u>
Isaac Rabicoff

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE - 2

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE